# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 464 - 1,2 | **DATE** | 6/17/2008 |
| **CASE TITLE** | USA vs. Benjamin Rowner et al | | |

**DOCKET ENTRY TEXT**

Arraignment set for 6/19/08 at 11:00 a.m. as to Benjamin Rowner and Jay H Soled is stricken. The parties shall jointly contact Robbie Hunt at (312) 435-7609, courtroom deputy to the Honorable Blanche M. Manning with an agreed re-noticed date no later than 6/20/08.

Notified counsel by telephone.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | rbf |
|---|---|---|