UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CR-464 |
| | ) | Judge Blanche M. Manning |
| BENJAMIN ROWNER and | ) | |
| JAY H. SOLED, | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' MOTION TO DELAY
SENTENCINGS OF BENJAMIN ROWNER and JAY H. SOLED**

The United States of America requests that this Court delay sentencings of the Defendants, Benjamin Rowner and Jay H. Soled, until after the trial of *United States v. Leonard Douglas "Doug" LaDuron and Mary Jo LaDuron, a.k.a. Mary Jo Gault, No. 08-cr-20055-KHV (D. KS., filed April 24, 2008),* which will be tried in 2009. The United States expects the Defendants to testify at trial in the United States' case in chief in that matter.

The Defendants have agreed to plead guilty to the charge in this case. Their arraignments and plea hearings are set for July 10, 2008. Paragraphs 12 and 13 of Defendants' Plea Agreements require them to testify at trial and to otherwise cooperate with the United States' investigation into criminal violations related to the E-Rate Program.[1] Subject to the full and continuing cooperation of the Defendants, the United States has agreed that prior to their sentencings in this case, it will make a motion, pursuant to United States Sentencing Guidelines § 5K.1.1, for a four-point downward departure.

---

[1] Congress implemented the E-Rate Program to provide subsidies for schools and libraries to use in the purchase and installation of Internet access and telecommunications services/equipment.

*United States v. Leonard Douglas "Doug" LaDuron and Mary Jo LaDuron, a.k.a. Mary Jo Gault* involves the prosecution of a conspiracy to defraud the Federal E-Rate Program with respect to ten schools from coast-to-coast in violation of 18 U.S.C. § 371. The conduct that forms the basis for the charge in that case also forms the basis for the offense to which the Defendants have agreed to plead guilty.

The Defendants' cooperation during the trial of *United States v. Leonard Douglas "Doug" LaDuron and Mary Jo LaDuron, a.k.a. Mary Jo Gault* will be required. Delaying sentencing until after the Defendants' cooperation is complete will enable the United States to fully advise the Court and the Probation Office as to the fact, manner, and extent of the Defendants' cooperation in order to provide the Court with all relevant sentencing information. Consequently, delaying sentencings would be in the interest of judicial economy because the Court will then possess the full record at the time of each Defendant's sentencing.

The Defendants, in Paragraph 11 of their Plea Agreements, have agreed not to oppose the United States' Motion to delay their sentencings until their cooperation is complete. A proposed Order is attached to this motion.

DATED: July 2, 2008

                Respectfully submitted,

                <u>s/Barry J. Kaplan</u>
                BARRY J. KAPLAN
                KALINA M. TULLEY
                MICHAEL W. BOOMGARDEN
                Attorneys,
                U.S. Department of Justice
                Antitrust Division - Midwest Field Office
                209 S. LaSalle St., Suite 600
                Chicago, Illinois 60604
                312/353-7530 (Tel.)
                312/353-1046 (Fax)
                barry.kaplan@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on July 2, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the counsel of record in this case.

>James S. Montana, Jr., Esq.
>Vedder Price P.C.
>222 North LaSalle Street
>Chicago, IL 60601
>Tel. (312) 609-7500
>Counsel for Benjamin Rowner
>
>Michael Monico, Esq.
>Monico, Pavich & Spevack
>20 S. Clark Street, Suite 700
>Chicago, IL 60603
>Tel. (312)782-8500
>Counsel for Jay H. Soled
>
>
>s/Barry J. Kaplan
>BARRY J. KAPLAN
>Attorney for United States Department of Justice
>Antitrust Division