

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 464 - 1 | **DATE** | 7/10/2008 |
| **CASE TITLE** |  | USA vs. Benjamin Rowner | |

**DOCKET ENTRY TEXT**

Arraignment and plea hearing held. Defendant waives indictment and enters a plea of guilty to count 1 of the information. Defendant informed of rights. Judgment of guilty entered. Presentence investigation and sentencing deferred. Status hearing set to 3/19/2009 at 11:00 a.m. Defendant's appearance is waived at the next hearing unless otherwise ordered. Defendant to surrender passport no later than 7 days from the date of this order. Enter Plea Agreement.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:50

| | Courtroom Deputy Initials: | rs |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUL 10 PM 5:17
FILED