AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

Judge Blanche M. Manning
United States District Court

_____Northern_____ DISTRICT OF _____Illinois_____

UNITED STATES OF AMERICA

V.

Benjamin Rowner and Jay H. Soled

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR-464

I, _____Benjamin Rowner_____, the above named defendant, who is accused of

participating in a conspiracy between Fall 1999 and November 2003 to commit a series of offenses to defraud the Universal Services Administrative Company, in connection with its administration of the federal E-Rate Program, in violation of Title 18, United States Code, Section 371,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____7/10/2008_____ prosecution by indictment and consent that the pro-
                                      *Date*
ceeding may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____Blanche M. Manning_____
              *Judicial Officer*

7/10/2008